## 27570. WATERS *v.* THE STATE.

MACINTYRE, J. An attempt was made to impeach a witness by testimony that his general character was bad. On the contrary there was sustaining testimony that his general character was good. This made an issue the determination of which was strictly within the province of the jury, and was decided adversely to him. The evidence authorized the conviction of adultery and fornication.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED SEPTEMBER 19, 1939.

*T. J. Townsend, I. J. Bussell,* for plaintiff in error.
*John S. Gibson, solicitor-general,* contra.